In the Matter of the Probate of the Will of NATHAN FRISCHLING, Deceased. SADIE FRISCHLING et al., Appellants; HERBERT SCHRANK et al., Respondents.— In a contested probate proceeding, decedent's wife and daughter appeal from an order of the Surrogate's Court, Queens County, dated January 29, 1960, granting letters of temporary administration to the persons designated as the testator's executors in his will. Order affirmed, with one bill

of $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.